## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:

**TERRANCE KEITH SULLIVAN**                    **CASE NO:  20-00641-5-JNC**
**1033 OAKSTONE DRIVE**                          **CHAPTER 13**
**FAYETTEVILLE, NC 28314**

      **DEBTOR**

### OBJECTION TO CLAIM AND NOTICE THEREOF

      **NOW COMES** Joseph A. Bledsoe, III, Chapter 13 Trustee, who objects to the proof of claim filed on February 26, 2020 by Performance Finance (court claim #05) in the amount of $9,677.99 for the following reason indicated:

      The Creditor has failed to attach proof of perfection of security interest as required by Federal Rule of Bankruptcy Procedure 3001(d).

      **NOTICE IS HEREBY GIVEN** to the creditor/claimant named above that if no response to the above objection is filed in writing with the **CLERK, U.S. BANKRUPTCY COURT, PO BOX 791, RALEIGH, NORTH CAROLINA 27602,** within **THIRTY (30) DAYS** of the date of this objection and notice, the relief requested by the Trustee herein may be granted without hearing or further notice.  Any party desiring a hearing must request a hearing in writing with the above clerk within the time herein set forth; otherwise no hearing will be conducted unless the Court, in its discretion, directs that hearing be set.  If a hearing is requested, such hearing will be conducted at a date, time and place to be later fixed by the Court and the parties requesting such a hearing will be notified accordingly.  Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against him.

DATE OF OBJECTION AND NOTICE:  March 09, 2020

                    s/ Joseph A. Bledsoe, III
                    **JOSEPH A. BLEDSOE, III**
                    **CHAPTER 13 TRUSTEE**
                    **P. O. BOX 1618**
                    **NEW BERN, NC  28563**
                    **(252) 633-0074**

## CERTIFICATE OF SERVICE

I, Joseph A. Bledsoe, III, of P.O. Box 1618, New Bern, NC  28563, certify:

That I am and was at all times hereinafter mentioned was, more than eighteen (18) years of age: and

That I have this day served a copy of the Objection To Claim and Notice Thereof upon all interested parties in the action by depositing a copy of the same in a postage paid envelope with the United States Postal Service or electronically, as indicated.

**DATED: MARCH 09, 2020**

<u>s/ Joseph A. Bledsoe, III</u>
**JOSEPH A. BLEDSOE, III**
**CHAPTER 13 TRUSTEE**
**P. O. BOX 1618**
**NEW BERN, NC  28563**
**(252) 633-0074**

TO:

Terrance Keith Sullivan                              (via first-class mail)
1033 Oakstone Drive
Fayetteville, NC 28314

Matthew Schmidt for LOJTO                     (via cm/ecf)
Attorney for Debtor

Performance Finance                                  (via first-class mail)
Attn: Managing Officer / Agent
10509 Professional Circle, Ste 202
Reno, NV 89521