**SO ORDERED.**

**SIGNED this 30 day of March, 2021.**

_____
Joseph N. Callaway
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

**IN RE:**

| | |
|---|---|
| **TERRANCE KEITH SULLIVAN** | **CASE NO: 20-00641-5-JNC** |
| **1033 OAKSTONE DRIVE** | **CHAPTER 13** |
| **FAYETTEVILLE, NC 28314** | |

**CONSENT ORDER MODIFYING CHAPTER 13 PLAN**

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From:  $1,492.00 per month for a period of 60 months

To:  $1,339.00 per month for a period of 13 months followed by
$1,492.00 per month for a period of 1 month followed by
$1,570.00 per month for a period of 46 months

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

/s/ Jason David Watson
Jason David Watson for LOJTO
Attorney for Debtor(s)
6616-203 Six Forks Road
Raleigh, NC 27615-0000
(919) 847-9750
NC State Bar No.: 32986
postlegal@johnorcutt.com


/s/ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern NC 28563
(252) 633-0074
NC State Bar No.: 19817
chapter13@bledsoe13.com

**"End of Document"**